LILLIE MINER, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Miner* v. *Delaware, L. & W. R. R. Co.*, 93 App. Div. 606, affirmed.
(Argued April 27, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William Kernan* for appellant.

*P. C. J. De Angelis* and *L. D. Edwards* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ.   Not voting: O'BRIEN, J.

---

LILLIE MINER, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Miner* v. *Delaware, L. & W. R. R. Co.*, 93 App. Div. 606, appeal dismissed.
(Argued April 27, 1904; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 29, 1904, which affirmed an order of Special Term denying a motion to set aside a verdict in the above-entitled action.

*William Kernan* for appellant.

*P. C. J. De Angelis* and *L. D. Edwards* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ.   Not voting: O'BRIEN, J.